# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5147**                   **September Term, 2014**
FILED ON: NOVEMBER 7, 2014

STATE OF ALASKA,
        APPELLANT

SOUTHEAST ALASKA POWER AGENCY,
        AMICUS CURIAE FOR APPELLANT

ALASKA ELECTRIC LIGHT & POWER, ET AL.,
        APPELLEES

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,
        APPELLEES

Consolidated with 13-5150, 13-5151

Appeals from the United States District Court
for the District of Columbia
(No. 1:11-cv-01122)

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED:
— Amending Order
— Opinion
— Order on Costs

Before: ROGERS and KAVANAUGH, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes dismissing Alaska's complaint as untimely be reversed and the case be remanded to the District Court for consideration of Alaska's challenges to the Roadless Rule, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY: /s/
                                          Jennifer M. Clark
                                          Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

Date: November 7, 2014

Opinion for the court filed by Circuit Judge Kavanaugh.